IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01257-PAB-BNB

BRENDA PRICE,

    Plaintiff,

v.

THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC,
a Georgia limited liability company,

    Defendant.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice [Docket No. 5]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED June 21, 2010.

                                                  BY THE COURT:

                                                 s/Philip A. Brimmer
                                                 PHILIP A. BRIMMER
                                                 United States District Judge